PROB 12B
(7/93)

# United States District Court
## for the
## Southern District of Georgia
## Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 DEC 19 PM 3:49

CLERK
SO. DIST. OF GA.

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Kenneth Jackson**                    Case Number: CR406-00098-011

Name of Sentencing Judicial Officer:   Honorable William T. Moore, Jr.
                                        Judge, U.S. District Court

Date of Original Sentence:   December 20, 2006

Original Offense:   Bank fraud (2 counts)

Original Sentence:   12 months custody as to each count, to be served concurrently with each other, but consecutively to the state custodial sentence he was serving; 3 years supervised release as to each count, to be served concurrently; $3,629.48 restitution; $200 special assessment.

Type of Supervision:          Supervised Release

Date Supervision Commenced:   September 23, 2010

Assistant U.S. Attorney:      Brian T. Rafferty

Defense Attorney:             Todd M. Baiad

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

The defendant shall complete fifty hours of community service as directed by the probation officer.

### CAUSE

On December 14, 2012, Kenneth Jackson was arrested by the Savannah Metropolitan Police Department and charged with driving with a suspended license, false name, and speeding. The case is pending in the Recorder's Court of Chatham County. The offender resides with his mother and twin sons at 19 Berkley Place, Apartment #2, Savannah, Georgia. He is employed at Dorsey Tire as a tire repairman in Pooler, Georgia. He has paid $2,658.54 toward his restitution and owes a balance of $970.94. He completed his previously court-ordered community service as directed at the Chatham County Public Library. All drug screens have been negative.

Attached is a Waiver of Hearing to Modify the Conditions of Probation/Supervised Release, signed by the offender on December 17, 2012, agreeing to complete fifty hours community service as directed by the probation officer. Should the Court agree with the proposed modification of supervised release, Jackson will be warned that any future violation will result in a petition being submitted requesting more severe sanctions.

Respectfully submitted,

by  *Chambliss T. Stevens*

Chambliss T. Stevens
U.S. Probation Officer
Date: December 17, 2012

Reviewed by:

*Stephen C. Gray*
Stephen C. Gray
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*William T. Moore, Jr.*
William T. Moore, Jr.
Judge, U.S. District Court

DEC. 19, 2012
Date